**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOHN J. O'BRIEN, III, Esq.,**<br>*Plaintiff,*<br>v.<br>**EMILY R. PROVENCHER, Esq., et al.,**<br>*Defendants.* | **Case No. 2:26-cv-00354-JDW** |

**ORDER**

**AND NOW**, this 8th day of September, 2026, upon consideration of Defendants' Motion To Dismiss Plaintiff's Complaint (ECF No. 8), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**.

It is **FURTHER ORDERED** that Mr. O'Brien's Request For Oral Argument (ECF No. 11) is **DENIED**.

It is **FURTHER ORDERED** that Mr. O'Brien's Petition To Enter A Default Judgment For Failure To Answer The Complaint (ECF No. 9) is **DENIED**.

The Clerk Of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.